REGIS FERNANDEZ, ESQ.
7 Federal Square
Newark, New Jersey 07102
Telephone: 973-297-0002
Cell: 201-787-5584

October 5, 2026

Via Electronic Filing

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Huarca Macedo v. Blanche, et al. Civil No. 2:26-cv-12340 (CCC)**
**Request to Lift Stay and Voluntarily Dismiss Habeas Petition**

Dear Judge Cecchi:

I represent Petitioner in the above-referenced habeas matter. Petitioner respectfully requests that the Court lift the stay and/or restriction currently applicable to this matter so that she may proceed with her intention to voluntarily depart the United States.

Petitioner no longer wishes to pursue the relief requested through the instant habeas petition. Instead, while remaining detained, she wishes to voluntarily depart the United States and resolve her immigration matter through her departure. At this time, however, the continued stay and restriction in this matter prevents Respondents from proceeding with the arrangements necessary for Petitioner's voluntary departure.

Accordingly, Petitioner respectfully requests that the Court lift the stay and/or restriction applicable to her, including the restriction on her transfer from New Jersey, so that Respondents may proceed with the necessary arrangements for her voluntary departure from the United States.

Petitioner further respectfully requests that the Court accept her voluntary dismissal of the instant habeas petition and close this matter.

Petitioner appreciates the Court's consideration of this request and respectfully asks that the matter be dismissed without further proceedings.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Regis Fernandez
Regis Fernandez, Esquire

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/8/2026